# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT BRUCE, | CASE NO. 1:07-CV- 0269 AWI DLB P |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR ISSUANCE OF SUMMONS |
| v. | [Doc. # 3] |
| J. WOODFORD, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint upon which this action proceeds on February 20, 2007, and paid the filing fee for this action on March 5, 2007. Now pending before the court is plaintiff's motion for the Clerk of Court to issue summons and that the United States Marshal be directed to serve the complaint on defendants.

Plaintiff is advised that the court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1),(2). "Notwithstanding any filing fee, or any portion thereof, that may have been paid, the court shall dismiss the case at any time if the court determines that . . . the action or appeal . . . fails to state a claim upon which relief may be granted." 28 U.S.C. § 1915(e)(2)(B)(ii).

The court will direct service of the complaint only after it has determined that the complaint

1 contains cognizable claims for relief against the named defendants. The court has not yet screened
2 plaintiff's complaint, but will do so in due course. Until the court has screened the complaint, any
3 request for summons is premature and will be denied.\

4     In addition, because plaintiff is not proceeding in forma pauperis, at the appropriate time, it
5 will be plaintiff's responsibility to effect service of the summons and complaint on defendants.

6     Accordingly, it is HEREBY ORDERED that plaintiff's motion that the Clerk be ordered to
7 issue summons and the United States Marshal be directed to serve his complaint, filed March 5,
8 2007, is DENIED.

9     IT IS SO ORDERED.

10     Dated:   **March 8, 2007**            **/s/ Dennis L. Beck**
    3c0hj8                                    UNITED STATES MAGISTRATE JUDGE

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28