1

2

3

4

5

6

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11   VINCENT C. BRUCE,                        1:07-cv-00269-AWI-DLB-(PC)

12           Plaintiff,                       ORDER GRANTING MOTION
                                              TO EXTEND TIME TO FILE
13        vs.                                 AMENDED COMPLAINT

14   JEANNE WOODFORD, et al.,                 (DOCUMENT #10)

15           Defendants.                      THIRTY DAY DEADLINE

16   _____/

17        Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

18   1983.  On March 28, 2008,  plaintiff filed a motion to extend time to file amended complaint.

19   Good cause having been presented to the court and GOOD CAUSE APPEARING

20   THEREFOR, IT IS HEREBY ORDERED that:

21        Plaintiff is granted thirty (30) days from the date of service of this order in which to file

22   an amended complaint.

23

24        IT IS SO ORDERED.

25     **Dated:    April 7, 2008**          _____/s/ **Dennis L. Beck**_____
                                             UNITED STATES MAGISTRATE JUDGE
26

27

28