# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT C. BRUCE, | CASE NO. 1:07-cv-00269 AWI DLB PC |
| Plaintiff, | ORDER DIRECTING SERVICE BY THE UNITED STATES MARSHAL WITHOUT PREPAYMENT OF COSTS |
| v. | |
| JEANNE WOODFORD, et al., | (Docs. 34, 35, 36) |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in this civil rights action. On April 23, 2009, the Court found service of the third amended complaint appropriate and directed Plaintiff to complete service upon defendants within one hundred twenty (120) days. The Order also provided Plaintiff with instructions on how to serve defendants.

On August 14, 2009 and August 25, 2009, Plaintiff filed requests to proceed in forma pauperis, requesting that the United States Marshal effect service on Plaintiff's behalf. (Docs. 34, 35 and 36.) Plaintiff states that nine of the twelve defendants are unwilling to waive service and he cannot afford to pay for personal service.[1]

As Plaintiff has already paid the filing fee for this action, the Court construes Plaintiff's motions as a request for service by the United States Marshal pursuant to Fed. R. Civ. P. 4(c)(3). The Court shall grant the request.

---

[1] Defendants Sanchez, Fulks and Ward appear to have retired. Plaintiff has not attempted service on these three defendants.

1

Accordingly, it is HEREBY ORDERED that:

1. Service shall be initiated on the following defendants:

    Adams

    Sanchez

    Hense

    Ward

    Clark

    Fulks

    Wan

    Frauenheim

    Lloren

    Fields

    Tripp

    Schottegen

2. The Clerk of the Court shall send Plaintiff twelve (12) USM-285 forms, twelve (12) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the third amended complaint filed March 16, 2009.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Thirteen (13) copies of the endorsed third amended complaint filed March 16, 2009.

4. Plaintiff need not attempt service on the defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4(c).

1     5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

Dated:   **September 8, 2009**           /s/ **Dennis L. Beck**
                                                                UNITED STATES MAGISTRATE JUDGE