# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT C. BRUCE, | Case No. 1:07-cv-00269-AWI-DLB (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S REQUEST FOR SERVICE OF PROCESS BY UNITED STATES MARSHAL |
| v. | |
| JEANNE WOODFORD, et al., | (Doc. 45) |
| Defendants. | |

Plaintiff Vincent C. Bruce ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On April 23, 2009, the Court found service of the third amended complaint appropriate and directed Plaintiff to complete service upon defendants within one hundred twenty (120) days. The Order also provided Plaintiff with instructions on how to serve defendants. On October 13, 2009, Plaintiff filed a motion requesting service of process by the United States Marshal on Defendants Fields, Sanchez, Ward, and Fulks, who have yet to appear in this action. (Doc. 45.) The Court construes this as a request pursuant to Fed. R. Civ. P. 4(c)(3). The Court shall grant the request.

Accordingly, it is HEREBY ORDERED that:

1. Service shall be initiated on the following defendants:

1

        Sanchez

        Ward

        Fulks

        Fields

2. The Clerk of the Court shall send Plaintiff four (4) USM-285 forms, four (4) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the third amended complaint filed March 16, 2009.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Five (5) copies of the endorsed third amended complaint filed March 16, 2009.

4. Plaintiff need not attempt service on the defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4(c).

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

**Dated:   October 27, 2009**          /s/ **Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE