# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT C. BRUCE, | CASE NO. 1:07-cv-00269-AWI-SKO PC |
| Plaintiff, | ORDER DENYING MOTION |
| v. | (Doc. 64) |
| JEANNE WOODFORD, et al., | |
| Defendants. | |

Plaintiff Vincent C. Bruce ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On March 24, 2010, Plaintiff filed a motion requesting permission to conduct discovery in order to obtain evidence to oppose Defendants' motion to dismiss and other related motions. (Doc. #64.) Plaintiff's request to conduct discovery would be futile because Plaintiff is not permitted to rely on extrinsic evidence to oppose Defendants' motion to dismiss. Accordingly, it is HEREBY ORDERED that Plaintiff's March 24, 2010 is DENIED.

IT IS SO ORDERED.

**Dated:   September 15, 2010            /s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE

1