# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT C. BRUCE,<br><br>           Plaintiff,<br><br>    v.<br><br>JEANNE WOODFORD, et al.,<br><br>           Defendants.<br>_____/ | CASE NO. 1:07-cv-00269-AWI-SKO PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>ORDER DISMISSING DEFENDANT SANCHEZ<br><br>(Doc. 88) |

Plaintiff Vincent C. Bruce ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 21, 2010, the Magistrate Judge issued a Findings and Recommendations which recommended that Defendant Sanchez be dismissed due to Plaintiff's failure to effect service of process on him. (Doc. #88.) The Findings and Recommendations were served on Plaintiff and contained notice to Plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days of the date on which the Findings and Recommendations were served. Plaintiff filed objections on October 25, 2010. (Doc. #91.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

1

Accordingly, the Court HEREBY ORDERS that:

1. The September 21, 2010 Findings and Recommendations are ADOPTED in full;
2. Defendant Sanchez is DISMISSED under Federal Rule of Civil Procedure 4(m) due to Plaintiff's failure to effect service of process.

IT IS SO ORDERED.

Dated:   December 15, 2010

CHIEF UNITED STATES DISTRICT JUDGE