# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT C. BRUCE,<br><br>               Plaintiff,<br><br>     v.<br><br>JEANNE WOODFORD, et al.,<br><br>               Defendants. | CASE NO. 1:07-cv-00269-AWI-SKO PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF<br><br>(Doc. 84) |

Plaintiff Vincent C. Bruce ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 8, 2010, the Magistrate Judge issued a Findings and Recommendations which recommended that Plaintiff's request for preliminary injunctive relief be denied. (Doc. #84.) The Findings and Recommendations were served on Plaintiff and contained notice to Plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days of the date on which the Findings and Recommendations were served. Plaintiff filed objections on October 25, 2010. (Doc. #91.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

1

Accordingly, the Court HEREBY ORDERS that:

1. The September 8, 2010 Findings and Recommendations are ADOPTED in full; and
2. Plaintiff's August 27, 2010 motion requesting adequate law library access is DENIED.

IT IS SO ORDERED.

Dated:   December 15, 2010

CHIEF UNITED STATES DISTRICT JUDGE