# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT C. BRUCE,<br><br>           Plaintiff,<br><br>    v.<br><br>JEANNE WOODFORD, et al.,<br><br>           Defendants.<br>_____/ | CASE NO. 1:07-cv-00269-AWI-BAM PC<br><br>ORDER VACATING ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 99) |

Plaintiff Vincent C. Bruce ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action was filed on February 20, 2007, and on March 5, 2007, Plaintiff paid the filing fee of $350. On January 19, 2011, Plaintiff filed a notice of appeal, a motion to proceed in forma pauperis on appeal, and an application to proceed in forma pauperis. (ECF Nos. 95, 96, 97.) On January 24, 2011, the District Court issued an order granting Plaintiff's motion to proceed in forma pauperis. (ECF No. 99.) Plaintiff's motion to proceed in forma pauperis on appeal was granted by the United States Court of Appeal for the Ninth Circuit on February 22, 2011. (ECF No. 101.)

Plaintiff's motion to proceed in forma pauperis was addressed to the Court of Appeals, and the District Court order granting Plaintiff's motion to proceed in forma pauperis on January 24, 2011, was issued in error. Accordingly, IT IS HEREBY ORDERED that:

1. The order granting Plaintiff's motions to proceed in forma pauperis and directing payment of filing fees by the California Department of Corrections is VACATED;

2. The California Department of Corrections is to cease collecting partial payments

<u>from Plaintiff's account for this action</u>; and

3. Nothing in this order shall affect the collection of the filing fee for the grant of in forma pauperis in the United States Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

Dated:   **April 9, 2012**                         /s/ **Barbara A. McAuliffe**
                                                    UNITED STATES MAGISTRATE JUDGE