# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT C. BRUCE, | CASE NO. 1:07-cv-00269-AWI-BAM PC |
| Plaintiff, | ORDER ADDRESSING PLAINTIFF'S MOTION FOR STATUS AND DENYING MOTION FOR RULING AS MOOT |
| v. | |
| JEANNE WOODFORD, et al., | (ECF No. 117) |
| Defendants. | |

Plaintiff Vincent C. Bruce ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On April 24, 2012, an order vacating the findings and recommendations, denying Defendants' motion to dismiss, denying Plaintiff's motion to file supplemental objections, and striking the fourth amended complaint was filed. On April 26, 2012, Plaintiff filed a motion requesting the court rule on Plaintiff's objections, request to file an amended complaint, and supplemental objections. Since an order has been issued addressing all pending motions, Plaintiff's motion for ruling is HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated: **April 27, 2012**          /s/ **Barbara A. McAuliffe**
                              UNITED STATES MAGISTRATE JUDGE