UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT C. BRUCE,<br><br>        Plaintiff,<br><br>    v.<br><br>JEANNE WOODFORD, et al.,<br><br>        Defendants. | Case No.: 1:07-cv-00269-BAM PC<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE OR STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S REQUEST TO EXTEND THE REMAINING DEADLINES AN ADDITIONAL SIXTY DAYS (ECF NO. 143)<br><br>TWENTY-ONE-DAY DEADLINE |

Plaintiff Vincent C. Bruce ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On September 3, 2013, Plaintiff filed a motion requesting a 60-day extension of time to complete discovery in this matter. (ECF No. 143.) Defendants have not filed a response to the motion. Accordingly, Defendants are directed to file a response or a statement of non-opposition to Plaintiff's motion requesting a 60-day extension of time to complete discovery within twenty-one (21) days of the date of this order.

IT IS SO ORDERED.

Dated:   **October 7, 2013**                    /s/ Barbara A. McAuliffe
                                                                               UNITED STATES MAGISTRATE JUDGE