UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT C. BRUCE,<br><br>             Plaintiff,<br><br>       v.<br><br>JEANNE WOODFORD, et al.,<br><br>             Defendants. | Case No.: 1:07-cv-00269-BAM PC<br><br>ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE OR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT SHOULD NOT BE GRANTED FOR PLAINTIFF'S FAILURE TO FILE OPPOSITION<br><br>TWENTY-ONE DAY DEADLINE |

Plaintiff Vincent C. Bruce ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's claims against (1) Defendants Adams, Hense, Ward, Clark, Fulks, Wan, Frauenheim, Lloren, Fields and Tripp for retaliation in violation of the First Amendment; (2) Defendants Adams, Hense, Ward, Clark, Fulks, Wan, Lloren, Fields and Tripp for violation of the Due Process Clause of the Fourteenth Amendment; and (3) Defendants Adams, Schottgen and Fields for failing to provide Plaintiff with adequate clothing in violation of the Eighth Amendment.

On March 17, 2014, Defendants filed a motion for summary judgment.  Plaintiff has been granted several extensions of time to file an opposition to the motion for summary judgment.  Most recently, on December 3, 2014, the Court granted Plaintiff a thirty day extension of time to file a response to Defendants' motion for summary judgment.  (ECF No. 184.)  Plaintiff's response was due

on or before January 5, 2015.  Plaintiff has failed to file a timely opposition or a statement of non-opposition to the motion for summary judgment.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, if any he has, why this action should not be dismissed for failure to prosecute or why summary judgment should not be granted in favor of Defendants.  Plaintiff is ORDERED to file a written response to this Order to Show Cause within twenty-one (21) days of the date of this Order.  Plaintiff may comply with this order by filing his opposition or statement of non-opposition to the motion for summary judgment.

Failure to respond to this Order to Show Cause may result in dismissal of this action for failure to prosecute or in summary judgment in favor of Defendants due to Plaintiff's failure to identify a genuine dispute as to any material fact.

IT IS SO ORDERED.

Dated: **January 12, 2015**          /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE