# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT C. BRUCE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEANNE WOODFORD, et al.,<br><br>　　　　Defendants. | Case No.: 1:07-cv-00269-BAM PC<br><br>ORDER GRANTING PLAINTIFF'S REQUESTS FOR ORDER DIRECTING CLERK OF COURT TO FILE EXHIBITS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO SUMMARY JUDGMENT (ECF Nos. 198, 202)<br><br>ORDER DIRECTING CLERK OF COURT TO FILE PLAINTIFF'S EXHIBITS<br><br>ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR EXTENSION OF TIME (ECF No. 204) |

　　　　Plaintiff Vincent C. Bruce ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Defendants filed a motion for summary judgment on March 17, 2014. (ECF No. 168.) Following multiple extensions of time, Plaintiff filed his opposition to Defendants' motion for summary judgment, along with a cross-motion for summary judgment. (ECF Nos. 188, 189-195.) Defendants' reply to Plaintiff's opposition and their opposition to Plaintiff's cross-motion for summary judgment are currently due on July 3, 2015. (ECF No. 200.)

　　　　During pendency of the cross-motions for summary judgment, on March 2, 2015, Plaintiff filed a request seeking a court order directing the Clerk of the Court to file certain discovery responses and

witness declarations that were previously submitted to the Court for filing in support of Plaintiff's opposition to the motion for summary judgment. Plaintiff explained that the Clerk of the Court mistakenly returned the discovery responses and witness declarations. These exhibits are identified as: (1) Defendants' responses to Plaintiff's requests for admissions and interrogatories; (2) Declaration of Daniel B. Vasquez; (3) Declarations of E. Greenfield, C. Lindley, J. Barra and M. Steele; (4) Declaration of Dawn M. Parkinson; and (5) Declaration of Evangelina Garcia Bruce. (ECF No. 198.) Plaintiff submitted a proof of service indicating that Defendants were served with these documents on February 12, 2015. (ECF No. 198, p. 3.) On June 8, 2015, Plaintiff renewed his request for a Court order regarding the exhibits. (ECF No. 202.) Defendants did not oppose Plaintiff's requests.

On June 25, 2015, Defendants filed a motion requesting that the Court rule on Plaintiff's pending requests and allow them a twenty-one (21) day extension of time following the filing of any additional documents to prepare their reply and opposition. (ECF No. 204.)

Having considered the parties' requests and good cause appearing therefor, IT IS HEREBY ORDERED that:

1. Plaintiff's requests for an order directing the Clerk of Court to file exhibits in support of Plaintiff's opposition to Defendants' motion for summary judgment are GRANTED. Plaintiff's exhibits are deemed to be timely filed;
2. The Clerk of the Court is directed to file the following exhibits, which are attached to Plaintiff's motion dated March 2, 2015, in support of Plaintiff's opposition to Defendants' motion for summary judgment: (1) Defendants' responses to Plaintiff's requests for admissions and interrogatories; (2) Declaration of Daniel B. Vasquez; (3) Declarations of E. Greenfield, C. Lindley, J. Barra and M. Steele; (4) Declaration of Dawn M. Parkinson; and (5) Declaration of Evangelina Garcia Bruce;
3. Defendants' request for an extension of time pending the Court's ruling is GRANTED;
4. Defendants' reply to Plaintiff's opposition and their opposition to Plaintiff's cross-motion for summary judgment shall be served and filed within twenty-one (21) days after the electronic filing of Plaintiff's exhibits as detailed in this order; and

///

5. No further extensions of time shall be granted absent a showing of good cause.

IT IS SO ORDERED.

Dated: **June 26, 2015**         /s/ Barbara A. McAuliffe
                                 UNITED STATES MAGISTRATE JUDGE