UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT C. BRUCE,<br><br>        Plaintiff,<br><br>    v.<br><br>JEANNE WOODFORD, et al.,<br><br>        Defendants. | Case No.: 1:07-cv-00269-BAM PC<br><br>ORDER TO RECAPTION CASE<br><br>(ECF No. 212) |

Currently this action proceeds only against Defendants Adams, Hense, Ward, Clark, Fulks, Wan, Frauenheim (erroneously sued as "Fravenheim"), Lloren, Fields, Tripp and Schottgen (erroneously sued as "Schottegen"). Therefore, the caption should reflect the correct names of the parties, and that this action no longer proceeds against Defendants Woodford and Sanchez. Accordingly, the caption for this case shall be as follows:

///

///

///

///

///

///

///

///

1

|   |   |   |
|---|---|---|
| VINCENT C. BRUCE, | ) | Case No.: 1:07-cv-00269-BAM (PC) |
|  | ) |  |
| Plaintiff, | ) |  |
| v. | ) |  |
|  | ) |  |
| DERRAL G. ADAMS, et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

IT IS SO ORDERED.

Dated: **March 16, 2016**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE