**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VINCENT C. BRUCE,<br><br>                Plaintiff,<br><br>        v.<br><br>DERRAL G. ADAMS, et al.,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 1:07-cv-00269-BAM (PC)

**ORDER REGARDING NOTICE OF SETTLEMENT**

(ECF No. 245)

**ORDER VACATING DECEMBER 6, 2016 SETTLEMENT CONFERENCE**

**ORDER VACATING FEBRUARY 14, 2017 TRIAL DATE AND ALL OTHER DEADLINES AND HEARING DATES**

Plaintiff Vincent C. Bruce ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's claims against Defendants Adams, Fulks, and Clark for retaliation in violation of the First Amendment, and against Defendants Adams, Schottgen, and Field for the failure to provide Plaintiff with adequate clothing in violation of the Eighth Amendment.  All parties consented to magistrate judge jurisdiction. (ECF Nos. 4, 104.)

On December 2, 2016, Defendants filed a "Notice of Settlement" indicating that the parties have reached a settlement of all claims and will be prepared to file dispositional documents as directed by the Court. (ECF No. 245.)

Based on Defendants' notice, and pursuant to this Court's Local Rule 160, the Court HEREBY ORDERS as follows:

1

1        1.      The settlement conference set before Magistrate Judge Stanley A. Boone, on December

2   6, 2016, is VACATED;

3        2.      The trial date of February 14, 2017, and all other pending deadlines and hearing dates,

4   are VACATED;

5        3.      Dispositional documents SHALL be filed within twenty-one (21) days from the date of

6   service of this order. An extension of this deadline will be granted only on a showing of good cause.

7

8   IT IS SO ORDERED.

9        Dated:    **December 2, 2016**                    **/s/ Sandra M. Snyder**

10                                                          UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28