**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VINCENT C. BRUCE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DERRAL G. ADAMS, et al.,<br><br>　　　　Defendants. | Case No. 1:07-cv-00269-BAM (PC)<br><br>**ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM DIRECTING TRANSPORT OF INMATE VINCENT C. BRUCE, CDCR #J-84086**<br><br>(ECF No. 241)<br><br>**ORDER DIRECTING CLERK'S OFFICE TO SERVE ORDER BY E-MAIL ON KERN VALLEY STATE PRISON** |

　　　On November 9, 2016, the Court issued a writ of habeas corpus ad testificandum directing the transport of Vincent C. Bruce, inmate, CDCR #J-08486, for proceedings in this case on December 6, 2016. (ECF No. 241.) Now, for good cause shown, the Court has vacated the December 6, 2016 proceedings. Therefore, the transportation writ for Inmate Bruce shall be vacated.

　　　Accordingly, it is HEREBY ORDERED that:

　　　1.　　The writ of habeas corpus ad testificandum directing the production of Vincent C. Bruce, inmate, CDCR #J-08486, issued on November 9, 2016, is vacated;

　　　2.　　The Clerk's Office shall serve a courtesy copy of this order by e-mail on the litigation coordinator at Kern Valley State Prison, and on the litigation coordinator of any other institution(s) which require this information; and,

3. The Clerk's Office shall serve a courtesy copy of this order via mail on Inmate Bruce.

IT IS SO ORDERED.

   Dated: **December 2, 2016**　　　　　　　　　**/s/ Sandra M. Snyder**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE