IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VINCENT C. BRUCE,** | Case No. 1:07-CV-0269 BAM - (PC) |
| Plaintiff, | [~~PROPOSED~~] **ORDER OF DISMISSAL** |
| v. | |
| **DERRAL G. ADAMS, ET AL.,** | |
| Defendants. | |

On December 7, 2016, the parties filed a Stipulation for Voluntary Dismissal of all claims against all Defendants with prejudice.

The Court therefore dismisses this action with prejudice. The Clerk of the Court is instructed to close this case.

IT IS SO ORDERED.

Dated: **December 8, 2016**         /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE